IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

RANDALL KENNETH GIBSON,

       Petitioner,

v.

WARDEN J.E. THOMAS,

       Respondent.

Civil No. 10-81-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed.

    DATED this 28th day of December, 2010.

                                    ANNA J. BROWN
                                    United States District Judge